Form 3-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| YIEH PHUI ENTERPRISE CO., LTD.  ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **SUMMONS** |
| v. ) | **Court No. 26-00746** |
| ) | |
| UNITED STATES, ) | |
| ) | |
| **Defendant.** ) | |

**TO:** The Attorney General and the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. 1581(c) to contest the determination described below.

/s/ Gina Justice
Clerk of the Court

1. Plaintiff Yieh Phui Enterprise Co., Ltd. is a producer of corrosion-resistant steel products from Taiwan. Plaintiff was an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and was a party in the contested antidumping duty investigation. Plaintiff actively participated in the proceeding through written submissions of factual information and legal argument. Therefore, Plaintiff is a party to the proceeding and is entitled to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
   (Name and standing of plaintiff)

2. The contested determination is the final antidumping duty determination that was issued by the International Trade Administration, U.S. Department of Commerce, in *Corrosion-Resistant Steel Products From Brazil and Mexico: Amended Final Antidumping Duty Determination; Corrosion-Resistant Steel Products From Australia, Brazil, Canada, Mexico, the Netherlands, South Africa, Taiwan, the Republic of Turkiye, the United Arab Emirates, and the Socialist Republic of Vietnam: Antidumping Duty Orders*, 90 Fed. Reg. 59494 (Dep't Commerce Dec. 19, 2025).
   (Brief description of the contested determination)

3. December 19, 2025
   (Date of determination)

4. December 19, 2025
   (If applicable, date of publication in Federal Register of notice of contested determination)

1

          Respectfully submitted,

          <u>/s/ Kelly A. Slater</u>
          Kelly A. Slater, Esq.
          Edmund W. Sim, Esq.
          Jay Y. Nee, Esq.
          APPLETON LUFF PTE LTD
          1025 Connecticut Avenue, NW
          Suite 1000
          Washington, DC 20036
          (301) 649-2149

          Counsel to Yieh Phui Enterprise Co., Ltd.

Dated: January 20, 2026

## SERVICE OF SUMMONS BY THE CLERK
### YIEH PHUI ENTERPRISE CO., LTD. v. UNITED STATES
### CIT Court No. 26-00746

Pursuant to USCIT Rule 3(a)(2), this is an action described in 28 U.S.C. § 1581(c) to contest an administrative decision listed in section 516A(a)(2) of the Tariff Act of 1930, for which the filing of a summons only is required for the commencement of this action. In accordance with Rule 4(a)(1) and (4) of the Rules of this Court, the Clerk of the Court is requested to serve copies of the summons upon the following defendants:

**UPON THE UNITED STATES:**

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza - Room 346
New York, NY 10278

Attorney-In-Charge
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

**UPON THE DEPARTMENT OF COMMERCE:**

John D. McInerney
Chief Counsel
Trade Enforcement & Compliance
U.S. Department of Commerce
14th Street & Constitution Avenue, NW
Washington, DC 20230