FORM 5

UNITED STATES COURT OF INTERNATIONAL TRADE

**INFORMATION STATEMENT**

(Place an "X" in applicable [ ])

| **PLAINTIFF:** Yieh Phui Enterprise Co., Ltd.<br><br>**ATTORNEY:**<br>Kelly A. Slater<br>Appleton Luff Pte Ltd<br>1025 Connecticut Avenue, NW<br>Suite 1000<br>Washington, DC 20036<br>(301) 649-2149 | **PRECEDENCE**<br><br>If the action is to be given precedence under rule 3(g), indicate the applicable paragraph of that section:<br><br>[ ]  (1)        [X]  (3)         [ ]  (5)<br><br>[ ]  (2)        [ ]  (4) |
|---|---|

| **J U R I S D I C T I O N** |
|---|
| **28 U.S.C. § 1581(A) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**<br>[ ] Appraisal           [ ] Classification              [ ] Charges or Exactions<br>[ ] Exclusion           [ ] Liquidation                 [ ] Drawback<br>[ ] Refusal to Reliquidate   [ ] Rate of Duty           [ ] Redelivery |
| **28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**<br>        [ ] Appraisal         [ ] Classification         [ ] Rate of Duty |
| **28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A (a)(1), (a)(2) or (a)(3) - 19 U.S.C. § 1516a**<br>*(Provide a brief description of the administrative determination you are contesting, including the relevant **Federal Register** citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.)*<br><br>Subparagraph and Clause:  516A(a)(2)(A)(i)(II) and 516A(a)(2)(B)(i)<br><br>Agency:  U.S. Department of Commerce, International Trade Administration<br><br>*Federal Register* Cite(s):  90 Fed. Reg. 59494 (Dep't Commerce Dec. 19, 2025) (amended final determ. and order)<br><br>Product(s):  Corrosion-Resistant Steel Products |
| **28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2371**<br>        [ ] U.S. Secretary of Labor            [ ] U.S. Secretary of Commerce |
| **28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515**<br>*(Provide a brief statement of the final determination to be reviewed.)* |
| **28 U.S.C. §1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**<br>Agency:   [ ] U.S. International Trade Commission        [ ] Administering Authority |
| **28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499** |

1

| | | | |
|---|---|---|---|
| [ ] Sec. 641(b)(2) | [ ] Sec. 641(b)(3) | [ ] Sec. 641(c)(1) | [ ] Sec. 641(b)(5) |
| [ ] Sec. 641(c)(2) | [ ] Sec. 641(d)(2) (B) | [ ] Sec. 499(b) | |

| JURISDICTION (Continued) |
|---|
| **28 U.S.C. § 1581(h)** - Ruling relating to: |
| [ ] Classification     [ ] Valuation              [ ] Restricted Merchandise |
| [ ] Rate of Duty       [ ] Marking                [ ] Entry Requirements |
| [ ] Drawbacks          [ ] Vessel Repairs         [ ] Other: _____ |
| **28 U.S.C. § 1581(i)** - *(Cite any applicable statute and provide a brief statement describing jurisdictional basis.)* |
| |
| **28 U.S.C. § 1582 - Actions Commenced by the United States** |
| [ ] (1) Recover civil penalty under Tariff Act of 1930: |
|     [ ] Sec. 592     [ ] Sec. 593A     [ ] Sec. 641(b)(6) |
|     [ ] Sec. 641(d)(2)(A)     [ ] Sec. 704(i)(2)     [ ] Sec. 734(i)(2) |
| [ ] (2) Recover upon a bond |
| [ ] (3) Recover customs duties |

| RELATED CASE (S) | | | |
|---|---|---|---|
| To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending? | | | |
| | PLAINTIFF | COURT NUMBER | JUDGE |
| [ ] Decided: | | | |
| [ ] Pending: | | | |

(As amended, eff. Jan 1, 1985; Jan. 25, 2000, eff. May 1, 2000)