UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| **YIEH PHUI ENTERPRISE CO., LTD.,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Court No. 26-00746 |
| **UNITED STATES,** | ) ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears in this action as attorney for Plaintiff Yieh Phui Enterprise Co., Ltd., and requests that all papers be served upon her at the address indicated below.

                                                                      Respectfully submitted,

                                                                    /s/ Kelly A. Slater
                                                                Kelly A. Slater, Esq.
                                                                Edmund W. Sim, Esq.
                                                                Jay Y. Nee, Esq.
                                                               APPLETON LUFF PTE LTD
                                                               1025 Connecticut Avenue, NW
                                                               Suite 1000
                                                               Washington, DC 20036
                                                               (301) 649-2149

                                                               Counsel to Plaintiff Yieh Phui
                                                              Enterprise Co., Ltd.

Dated:  January 20, 2026