Form 13

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10007

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by <u>Kelly A. Slater, Appleton Luff Pte Ltd</u> on behalf of <u>Yieh Phui Enterprise Co., Ltd.</u> in the matter of <u>YIEH PHUI ENTERPRISE CO., LTD. v. UNITED STATES</u>, Court No. <u>26-00746</u>.

1. If this statement is submitted on behalf of a corporate party, indicate the party is [ ] or is not [ **X** ] a subsidiary or affiliate of a publicly-owned corporation. If so, identify below the parent or affiliate and describe the relationship between the party and the parent or affiliate corporation.

2. If the action is one described in 28 U.S.C. § 1581(a) or (b), indicate whether the plaintiff is [ ] or is not [ ] the ultimate consignee or real party in interest. If not, identify below the ultimate consignee or real party in interest.

      Not Applicable

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

      Not Applicable

/s/ Kelly A. Slater                                                      January 20, 2026
Kelly A. Slater                                                            (Date)