Form 17

### UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| YIEH PHUI ENTERPRISE CO., LTD. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. )<br>) | Court No. 26-00746 |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

<u>Kelly A. Slater</u> certifies that (check one)

1. I am

   ☒ an attorney at the law firm of <u>Appleton Luff Pte Ltd</u>; or an attorney in the corporate legal department of <u>     N/A     </u>, and I have read and am familiar with the Rules of the United States Court of International Trade.

   ☐ a consultant employed by <u>     N/A     </u>.

2. I represent, or am retained by or on behalf of

   ☒ a party to this action,

   ☐ an interested party that has filed a motion to intervene in this action, which is identified below: <u>     N/A     </u>.

3. I was

   ☒ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

   ☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rule 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

   Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to

Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

4. I am

   ☒ (for attorneys) not involved in competitive decision making for the interested party I represent.
   ☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

/s Kelly A. Slater
Kelly A. Slater, Esq.
Appleton Luff Pte Ltd
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036
(301) 649-2149

Counsel to Yieh Phui Enterprise Co., Ltd.

Date: January 20, 2026

Form 17

## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| **YIEH PHUI ENTERPRISE CO., LTD.** ) | | |
| ) | | |
| **Plaintiff,** ) | | |
| ) | | |
| v. ) | Court No. 26-00746 | |
| ) | | |
| **UNITED STATES,** ) | | |
| ) | | |
| **Defendant.** ) | | |
| ) | | |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

<u>Edmund W. Sim</u> certifies that (check one)

1. I am

   ☒ an attorney at the law firm of <u>Appleton Luff Pte Ltd</u>; or an attorney in the corporate legal department of <u>     N/A     </u>, and I have read and am familiar with the Rules of the United States Court of International Trade.
   ☐ a consultant employed by <u>     N/A     </u>.

2. I represent, or am retained by or on behalf of

   ☒ a party to this action,

   ☐ an interested party that has filed a motion to intervene in this action, which is identified below:
   <u>            N/A            </u>.

3. I was

   ☒ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.
   ☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rule 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

   Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to

      Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

4. I am

      ☒ (for attorneys) not involved in competitive decision making for the interested party I represent.
      ☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

                                                          /s/ Edmund W. Sim
                                                          Edmund W. Sim, Esq.
                                                          Appleton Luff Pte Ltd
                                                          1025 Connecticut Avenue, NW
                                                          Suite 1000
                                                          Washington, DC 20036
                                                          (301) 649-2149

                                                          Counsel to Yieh Phui Enterprise Co., Ltd.

Date:  January 20, 2026

Form 17

## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| **YIEH PHUI ENTERPRISE CO., LTD.**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**UNITED STATES,**<br><br>      **Defendant.** | )<br>)<br>)<br>)<br>)<br>)   **Court No. 26-00746**<br>)<br>)<br>)<br>)<br>) |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

<u>Jay Y. Nee</u> certifies that (check one)

1. I am

   ☒ an attorney at the law firm of <u>Appleton Luff Pte Ltd</u>; or an attorney in the corporate legal department of <u>    N/A    </u>, and I have read and am familiar with the Rules of the United States Court of International Trade.

   ☐ a consultant employed by <u>    N/A    </u>.

2. I represent, or am retained by or on behalf of

   ☒ a party to this action,

   ☐ an interested party that has filed a motion to intervene in this action, which is identified below: <u>    N/A    </u>.

3. I was

   ☒ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

   ☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rule 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

   Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to

        Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

4.      I am

        ☒ (for attorneys) not involved in competitive decision making for the interested party I represent.
        ☐ (for consultants) independent of all parties in this action.

5.      I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

                                                               /s/ Jay Y. Nee
                                                              Jay Y. Nee, Esq.
                                                              Appleton Luff Pte Ltd
                                                              1025 Connecticut Avenue, NW
                                                              Suite 1000
                                                              Washington, DC 20036
                                                              (301) 649-2149

                                                              Counsel to Yieh Phui Enterprise Co., Ltd.

Date:  January 20, 2026