## CERTIFICATE OF SERVICE
### YIEH PHUI ENTERPRISE CO., LTD. v. UNITED STATES
### CIT Court No. 26-00746

In accordance with CIT Rules 3(f), 4(a), and 4(h), I, Kelly A. Slater, of the law firm Appleton Luff Pte Ltd, hereby certify that on January 20, 2026, copies of the foregoing (1) Summons, (2) Information Statement (Form 5), (3) Notice of Appearance (Form 11), (4) Corporate Disclosure (Form 13), and (5) Business Proprietary Information Certifications (Form 17) were mailed by certified mail, return receipt requested, to each party listed below:

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
Room 246
26 Federal Plaza
New York, NY 10278

Attorney-In-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

John D. McInerney
Chief Counsel
Office of the Chief Counsel for Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

Stephanie M Bell, Esq.
Wiley Rein LLP
2050 M Street, NW
Washington, DC 20036

Thomas M. Beline, Esq.
Cassidy Levy Kent (USA) LLP
2112 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037

Roger B. Schagrin, Esq.
Schagrin Associates
900 7th Street, NW
Suite 500
Washington, DC 20001

Stephen P. Vaughn, Esq.
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4706

Adams Lee, Esq.
Harris Sliwoski LLP
600 Stewart Street, Suite 1200
Seattle, WA 98101

Brady W Mills, Esq.
Taft Stettinius & Hollister LLP
1333 New Hampshire Ave, NW
Suite 800
Washington, DC 20036

John Anwesen
Lighthill PC
300 New Jersey Avenue, NW
Suite 300
Washington, D.C. 20001

    /s/ Kelly A. Slater
    Kelly A. Slater