## UNITED STATES COURT OF INTERNATIONAL TRADE

### INFORMATION STATEMENT

(*Place an "X" in applicable* ☐)

| | |
|---|---|
| **PLAINTIFF:** Yieh Phui Enterprise Co., Ltd.<br><br>**ATTORNEY** (*Name, Firm, Address, Telephone Number, E-mail Address*):<br>Kelly A. Slater<br>Appleton Luff Pte Ltd<br>1025 Connecticut Ave., NW<br>Suite 1000<br>Washington DC 20036<br>(301) 649-2149<br>slater@appletonluff.com | **COURT NO.**: 26-00746 |

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box: ☐

### JURISDICTION

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

☐ Appraisal    ☐ Classification    ☐ Charges or Exactions    ☐ Vessel Repairs
☐ Exclusion    ☐ Liquidation    ☐ Drawback
☐ Refusal to Reliquidate    ☐ Rate of Duty    ☐ Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

☐ Appraisal    ☐ Classification    ☐ Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a or Section 517(g) – 19 U.S.C. §1517**

(*Provide a brief description of the administrative determination you are contesting, including any relevant **Federal Register** or **Administrative Determination** citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.*)

Subparagraph and Clause 516A(a)(2)(A)(i)(II)&(a)(2)(B)(i)    Agency U.S. Department of Commerce

*Federal Register* or *Administrative Determination* Cite(s) 90 Fed. Reg. 59494 (Dep't Commerce Dec. 19, 2025)

Product(s) Corrosion-Resistant Steel Products

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**

☐ U.S. Secretary of Labor    ☐ U.S. Secretary of Commerce    ☐ U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515** (*Provide a brief statement of the final determination to be reviewed.*)

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency:    ☐ U.S. International Trade Commission    ☐ Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

☐ Sec. 641(b)(2)    ☐ Sec. 641(b)(3)    ☐ Sec. 641(c)(1)    ☐ Sec. 641(b)(5)
☐ Sec. 641(c)(2)    ☐ Sec. 641(d)(2)(B)    ☐ Sec. 499(b)

# JURISDICTION
*(Continued)*

**28 U.S.C. § 1581(h) - Ruling relating to:**

☐ Classification ☐ Valuation ☐ Restricted Merchandise
☐ Rate of Duty ☐ Marking ☐ Entry Requirements
☐ Drawbacks ☐ Vessel Repairs ☐ Other: _____

_____

**28 U.S.C. § 1581(i)** - *(Cite any applicable statute and provide a brief statement describing jurisdictional basis.)*



**28 U.S.C. § 1582 - Actions Commenced by the United States**

☐ (1) Recover civil penalty under Tariff Act of 1930:
  ☐ Sec. 592    ☐ Sec. 593A    ☐ Sec. 641(b)(6)
  ☐ Sec. 641(d)(2)(A)    ☐ Sec. 704(i)(2)    ☐ Sec. 734(i)(2)
☐ (2) Recover upon a bond
☐ (3) Recover customs duties

## RELATED CASE(S)

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

|  | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| ☐ Decided: |  |  |  |
| ☐ Pending: |  |  |  |

*(Attach additional sheets, if necessary.)*

/s/ Kelly Alice Slater
_____
*Signature of Plaintiff's Attorney*

January 21, 2026
_____
*Date*

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 23, 2025, eff. Dec. 1, 2025.)