FORM 13

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by _Kelly Alice Slater, Appleton Luff Pte Ltd_
(Name of attorney of record)

on behalf of _Yieh Phui Enterprose Co., Ltd._ in the matter of _Yieh Phui Enterprise Co., Ltd._ v. _United States_, Court No. _26-00746_.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

Not Applicable

2. Indicate whether the party on whose behalf this Form is being filed is ☐ or is not ☒ the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

Not applicable

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

Not applicable.

/s/ Kelly Alice Slater                                   January 21, 2026
Signature of Attorney                                    Date
Appleton Luff Pte Ltd
Firm
1025 Connecticut Ave., NW; Suite 1000
Street Address
Washington DC 20036
City, State and Zip Code
(301) 649-2149
Telephone Number
slater@appletonluff.com
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)