**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE:  HON. GARY S. KATZMANN, JUDGE**

| | |
|---|---|
| YIEH PHUI ENTERPRISE CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> STEEL DYNAMICS, INC.; UNITED STEEL, PAPER AND FORESTRY RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC; UNITED STATES STEEL CORPORATION, AND NUCOR CORPORATION, <br><br> Defendant-Intervenors. | Court No. 26-00746 |

## JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

Pursuant to USCIT R. 56.2(a) and 56.2(d), the parties to this action have consulted and respectfully submit the following Joint Status Report and proposed briefing schedule:

1.      **Does the Court have jurisdiction over the action?**

Plaintiff respectfully submits that this Court has jurisdiction under 28 U.S.C. § 1581(c). Defendant and Defendant-Intervenors are currently unaware of any basis upon which to challenge jurisdiction at this time.

2.      **Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons for such severance?**

The parties believe that this case should be consolidated with Steel Dynamics, Inc. *et al.* v. United States, Ct. No. 26-00754 ("Steel Dynamics appeal"), an appeal that was brought by

1

Steel Dynamics, Inc. and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC ("Steel Dynamics Plaintiffs") to challenge the final determination issued by the U.S. Department of Commerce in the antidumping duty investigation of corrosion-resistant steel products from Taiwan, published as Certain Corrosion-Resistant Steel Products from Taiwan: Final Affirmative Determination of Sales at Less Than Fair Value, 90 Fed. Reg. 42,210 (Dep't Commerce Aug. 29, 2025). The Steel Dynamics appeal challenges the same underlying investigation at issue in this action, and so both cases share the same administrative record. Also, the Steel Dynamics Plaintiffs are Defendant-Intervenors in this case. Thus, the parties believe that this action should be consolidated with the Steel Dynamics appeal.

**3.    Should further proceedings in this case be deferred pending consideration of another case before the court or any other tribunal and the reasons for such deferral?**

The parties do not know of any reason to defer consideration of this case pending consideration of another case before this Court or any other tribunal.

**4.    Should the court be aware of any other information at this time?**

The parties do not know of any additional information of which the Court should be aware at this time.

## PROPOSED BRIEFING SCHEDULE

After consultation pursuant to USCIT R. 56.2, the parties agree that this case should be decided pursuant to USCIT R. 56.2, Judgment Upon an Agency Record for an Action Described in 28 U.S.C. § 1581(c). The parties respectfully propose the following schedule to the court:

2

| FILING | DUE DATE |
|---|---|
| Plaintiff's USCIT R. 56.2 Motion and Brief | June 30, 2026 |
| Defendant's and Defendant Intervenors' Response Briefs | September 28, 2026 |
| Plaintiff's Reply Brief | October 26, 2026 |
| Joint Appendix | November 9, 2026 |
| Motions for Oral Argument | November 16, 2026 |

The parties have attached a Proposed Scheduling Order reflecting these dates.

Respectfully submitted,

 /s/ Kelly A. Slater 
Kelly A. Slater, Esq.
Edmund W. Sim, Esq.
Jay Y. Nee, Esq.

Appleton Luff Pte Ltd
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036
301) 649-2149
slater@appletonluff.com

*Counsel to Plaintiff Yieh Phui
Enterprise Co., Ltd.*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

CLAUDIA BURKE
Deputy Director

 /s/ An Hoang 
An Hoang
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Tel.: (202) 616-3226
E-mail: an.hoang@usdoj.gov

Jack Dunkelman
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade
Enforcement and Compliance
1401 Constitution Avenue, NW
Suite 3629
Washington, DC 20009
Tel.:(202) 306-4996
E-mail: jack.dunkelman@trade.gov

*Counsel to Defendant United States*

 /s/ Jeffrey D. Gerrish
Jeffrey D. Gerrish
Schagrin Associates
900 7th Street NW
Suite 500
Washington, D.C. 20001
Tel.: (202) 223-1700
E-mail:
jgerrish@schagrinassociates.com

*Counsel to Defendant-Intervenors
Steel Dynamics, Inc.; United Steel,
Paper and Forestry, Rubber,
Manufacturing, Energy, Allied
Industrial and Service Workers
International Union, AFL-CIO, CLC*

 /s/ James E. Ransdell
James E. Ransdell
Cassidy Levy Kent (USA) LLP
2112 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037
Tel.: (202) 567-2321
E-mail: jransdell@cassidylevy.com

*Counsel to Defendant-Intervenor
United States Steel Corporation*

4

  /s/ Alan H. Price  
Alan H. Price
Wiley Rein, LLP
2050 M Street, NW
Washington, DC 20036
Tel.: (202) 719-3375
E-mail: aprice@wiley.law

*Counsel to Defendant-Intervenor*
*Nucor Corporation*

Dated:  April 30, 2026

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HON. GARY S. KATZMANN, JUDGE**

| | |
|---|---|
| YIEH PHUI ENTERPRISE CO., LTD.,     ) <br><br> Plaintiff,     ) <br><br> v.     ) <br><br> UNITED STATES,     ) <br><br> Defendant,     ) <br><br> and     ) <br><br> STEEL DYNAMICS, INC.; UNITED STEEL, PAPER AND FORESTRY RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC; UNITED STATES STEEL CORPORATION, AND NUCOR CORPORATION,     ) <br><br> Defendant-Intervenors.     ) | Court No. 26-00746 |

## SCHEDULING ORDER

Upon consideration of the parties' joint proposed briefing schedule and pursuant to USCIT Rules 16 and 56.2, it is hereby

ORDERED that the briefing of this action shall proceed in accordance with the schedule set forth below:

| FILING | DUE DATE |
|---|---|
| Plaintiff's USCIT R. 56.2 Motion and Brief | June 30, 2026 |
| Defendant's and Defendant Intervenors' Response Briefs | September 28, 2026 |
| Plaintiff's Reply Brief | October 26, 2026 |
| Joint Appendix | November 9, 2026 |
| Motions for Oral Argument | November 16, 2026 |

1

2

SO ORDERED.

Dated: _____, 2026
       New York, New York

_____
GARY S. KATZMANN, JUDGE

2