**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE:  HON. GARY S. KATZMANN, JUDGE**

|  |  |  |
|---|---|---|
| **YIEH PHUI ENTERPRISE CO., LTD.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Consol. Ct. No. 26-00746** |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of the Unopposed Motion for Extension of Time with Partial Consent filed by Plaintiff Yieh Phui Enterprise Co., Ltd., and upon all other papers and proceedings herein, it is hereby:

**ORDERED** that the Plaintiff's Motion is granted; and it is further

**ORDERED** that the Court's May 13, 2026 Order (ECF No. 35) is hereby modified as follows:

Plaintiff's, Consolidated Plaintiffs', and Consolidated Plaintiff-Intervenors' Rule 56.2 Motions and Briefs shall be filed on or before July 21, 2026;

Defendant's, Defendant Intervenors', and Consolidated Defendant-Intervenors' Response Briefs shall be filed on or before October 19, 2026;

Consolidated Plaintiffs' and Consolidated Plaintiff-Intervenors' Reply Briefs shall be filed on or before November 16, 2026;

The Joint Appendix shall be filed on or before November 30, 2026; and

Motions for Oral Argument shall be filed on or before December 7, 2026.

**SO ORDERED**.

/s/      Gary S. Katzmann
GARY S. KATZMANN, JUDGE

Dated: June 26                         , 2026
New York, New York