**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| YIEH PHUI ENTERPRISE CO., LTD., Plaintiff, v. UNITED STATES, Defendant. | Consol. Ct. No. 26-746 |

**ORDER**

Upon consideration of the Consent Motion to Amend the Scheduling Order filed by defendant United States, and upon all other papers and proceedings herein, it is hereby:

ORDERED that defendant's motion is granted, and it is further

ORDERED that the Court's November 5, 2026 Order (ECF No. 50) is hereby modified as follows:

Defendant's, Defendant Intervenors', and Consolidated Defendant-Intervenors' Response Briefs shall be filed on or before December 14, 2026;

Consolidated Plaintiffs' and Consolidated Plaintiff-Intervenors' Reply Briefs shall be filed on or before January 25, 2027;

The Joint Appendix shall be filed on or before February 8, 2027; and

Motions for Oral Argument shall be filed on or before February 16, 2027.

**SO ORDERED.**

Dated: November 24, 2026
New York, New York

/s/ Gary S. Katzmann
GARY S. KATZMANN, JUDGE